DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISMAEL OLIVERA-RUELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00124 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER THEREON |
| ISMAEL OLIVERA-RUELES, | Date : July 23, 2010 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for June 25, 2010, **may be continued to July 23, 2010, at 9:00 a.m.**

The purpose of the requested continuance is for further investigation.  Defense believes there is a significant error in the CII rap sheet which would very likely impact any offer in this case.  Additional research and investigation into this and other issues are necessary for the proper defense and ultimate resolution of this case.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: June 23, 2010                /s/ Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: June 23, 2010                /s/ Rachel W. Hill
                                        RACHEL W. HILL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ISMAEL OLIVERA-RUELES

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:  June 23, 2010**                /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE