DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISMAEL OLIVERA-RUELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00124 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| ISMAEL OLIVERA-RUELES, | Date :  August 27, 2010 Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for July 23, 2010, **may be continued to August 27, 2010, at 9:00 a.m.**

The purpose for the requested continuance is for further investigation. The defense believes there are inaccuracies in defendant's purported criminal history. One of the errors has resulted in the mistaken interpretation that defendant has suffered a prior offense of a sexual nature, when in fact he has not. This has caused numerous difficulties for defendant, most notably his having been assaulted with a knife during a term of incarceration.

The defense has ordered, but not yet received, the records which relate to this issue. Once received, the defense will calendar a motion to correct the record in the Kings County Superior Court.

///

///

1   Defense also believes the DMV history attributed to defendant is not accurate.  It is anticipated that a

2   corrected record will result in changes to Probation's Presentence Report and potentially to the offer in this

3   case.

4          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

5   justice, including but not limited to, the need for the period of time set forth herein for further defense

6   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

7                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
8

9   DATED:  July 20, 2010              /s/ Susan Phan_____
                                       SUSAN PHAN
10                                     Assistant United States Attorney
                                       Attorney for Plaintiff
11

12                                     DANIEL J. BRODERICK
                                       Federal Defender
13

14  DATED:  July 20, 2010              /s/ Rachel W. Hill_____
                                       RACHEL W. HILL
15                                     Assistant Federal Defender
                                       Attorney for Defendant
16                                     ISMAEL OLIVERA-RUELES

17

18                              **O R D E R**

19   Time is excluded in the interests of justice pursuant to 18 U.S.C.

20  §§ 3161(h)(7)(A) and (B).  Good cause exists for the stipulated continuance.

21

22  IT IS SO ORDERED.

23  **Dated:    July 20, 2010**              _____/s/ Lawrence J. O'Neill_____
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28  Stipulation to Continue Status Conference
    Hearing; [Proposed] Order Thereon                    2