1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ISMAEL OLIVERA-RUELES

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              ) No. 1:10-cr-00124 LJO
                                            )
12 |       *Plaintiff,*                     ) STIPULATION TO CONTINUE STATUS
                                            ) CONFERENCE HEARING;
13 |    v.                                  ) ORDER THEREON
                                            )
14 | ISMAEL OLIVERA-RUELES,                 ) Date : September 24, 2010
                                            ) Time: 9:00 a.m.
15 |       *Defendant.*                     ) Judge: Hon. Lawrence J. O'Neill
   |                                        )

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for

19 August 27, 2010, **may be continued to September 24, 2010, at 9:00 a.m.**

20     This request for continuance is necessary as a motion hearing has been scheduled for September 1,

21 2010, at the Kings County Superior Court to clarify and correct the Court's docket.  It is anticipated that

22 this motion will be relevant to Probation's Pre-Plea Presntence Investigation Report.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 19, 2010                     /s/ Susan Phan
                                           SUSAN PHAN
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


DATED: August 19, 2010                     /s/ Rachel W. Hill
                                           RACHEL W. HILL
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           ISMAEL OLIVERA-RUELES


**O R D E R**

**Good cause has been established in the stipulation.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

**Dated:   August 21, 2010**                     /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon                    2