DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISMAEL OLIVERA-RUELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-00124 LJO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER THEREON |
| ) | |
| ISMAEL OLIVERA-RUELES, ) | Date : October 15, 2010 |
| ) | Time: 9:00 a.m. |
| *Defendant.* ) | Judge: Hon. Lawrence J. O'Neill |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for September 24, 2010, **may be continued to October 15, 2010, at 9:00 a.m.**

A motion brought by defense counsel to clarify defendant's record in Kings County was granted on September 1, 2010.  The probation department needs additional time to order records to verify this and other information related to defendant's prior criminal history.  It is anticipated that once verified, the PSR previously prepared will be amended.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: September 20, 2010
/s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 20, 2010
/s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
ISMAEL OLIVERA-RUELES

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

DATED: September 20, 2010

_/s/ Lawrence J. O'Neill_
LAWRENCE J. O'NEILL, Judge
United States District Court

Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon           2