DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISMAEL OLIVERA-RUELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-00124 LJO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| ) | ORDER THEREON (time change) |
| v. ) | |
| ) | |
| ISMAEL OLIVERA-RUELES, ) | Date : November 12, 2010 |
| ) | Time: 8:45 a.m. |
| *Defendant.* ) | Judge: Hon. Lawrence J. O'Neill |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for October 15,  2010, **may be continued to November 12, 2010, at 9:00 a.m.**

A continuance is necessary so that the probation report which will be submitted to the Court, and which will become a part of the defendant's record, does not contain and perpetuate the incorrect description of previous conviction.  The language used in the report purports to describe the offense of conviction as the entry of a sexual offender upon school property.  It was based upon an incorrect description in the Department of Justice's state summary criminal index (CII).  However, there was never any allegation, nor was the defendant ever charged or convicted of a sexual offense.  Additionally, the underlying police report describes the simple offense of loitering upon school property after having been asked to leave.

///

1   A motion brought by defense counsel to clarify defendant's record in Kings County was heard and
2   orally granted on September 1, 2010.  At the Court's request, a *proposed*  Order on Motion to Clarify
3   Docket and Official Record was submitted to the Kings County Superior Court for signature.  Upon
4   attempting to ascertain the status of the proposed order we were advised the judge who heard the matter,
5   the Hon. Lynn Atkinson, is on medical leave.  His clerk further stated that their office was extremely short
6   staffed, but that she would submit the order to the presiding judge for further action.  At this time, we have
7   been unable to determine whether the presiding judge has had an opportunity to review the order.

8   We have provided probation with the written motion which was submitted to the Kings County
9   Superior Court, Hanford Division, and which was orally granted on September 1, 2010.  We have also
10  provided the police report which described the activity of conviction.  Although the report shows that the
11  conduct described did not involve any allegations of a sexual nature or sexual offender status, probation is
12  not prepared to change their report until we provide them with the order.

13  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
14  justice, including but not limited to, the need for the period of time set forth herein for further defense
15  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: October 13, 2010                       /s/ Susan Phan
                                              SUSAN PHAN
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender


DATED: October 13, 2010                       /s/ Rachel W. Hill
                                              RACHEL W. HILL
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ISMAEL OLIVERA-RUELES

Continued on Page Three

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). The Court sets the time for the hearing for 8:45 a.m. due to the nature of the change requested. The mere mention of such an issue has safety matters attached. Good cause having been shown, the motion is GRANTED.

IT IS SO ORDERED.

**Dated:   October 13, 2010**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

Olivera-Rueles/ Stipulation to Continue Status Conference Hearing; [Proposed] Order Thereon         3